FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2006 FEB 27  PM 12:09

CLERK /s/
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

| | |
|---|---|
| RYAN JARROD STANFORD, | ) |
| Plaintiff, | ) |
| v. | ) CV 606-10 |
| HUGH SMITH and JOHN W. PAUL, | ) |
| Defendants. | ) |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Plaintiff's motion to proceed *in forma pauperis* is **DENIED** and this action is **DISMISSED** without prejudice.

SO ORDERED this 27 day of February, 2006.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA