IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2006 JUL 20  AM 10: 55

CLERK _____
SO. DIST. OF GA.

RYAN JARROD STANFORD

VS.                                        CV606-10

WARDEN HUGH SMITH and
JOHN W. PAUL

## ORDER

The appeal in the above-styled action having been dismissed for want of prosecution, by the United States Court of Appeals for the Eleventh Circuit;

**IT IS HEREBY ORDERED** that the order of the Eleventh Circuit is made the order of this Court.

**SO ORDERED**, this ____ day of July, 2006.

_____
Judge, United States District Court
Southern District of Georgia